IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

    Tarris Gere Williams | Case No.: 19-15050

Judge: Deborah L. Thorne

Chapter: 13

, Debtor(s)

## NOTICE OF OBJECTION

The Debtor objects to the Trustee's Motion to Dismiss (DKT 101) and respectfully request that it be called.

s/ Salvador J. Lopez
Debtor's Attorney

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
121 S. Western, Unit 1
Chicago, IL 60612